UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :   06 Civ. 11515 (WHP)
IN RE WARNER CHILCOTT LIMITED      :
SECURITIES LITIGATION              :   SCHEDULING ORDER NO. 2
                                   :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

  Counsel to the parties having appeared telephonically for a conference with the Court on July 6, 2007, the following schedule is established on consent:

1. All disclosures required by Fed. R. Civ. P. 26(a)(1) are to be served and filed by August 16, 2007;

2. Any motion to amend the pleadings or to join additional parties is to be served and filed by October 15, 2007;

3. Plaintiffs are to serve and file their motion for class certification by September 28, 2007;

4. Defendants are to serve and file any opposition to the motion for class certification by November 1, 2007;

5. Plaintiffs are to serve and file any reply on the motion for class certification by December 3, 2007;

6. Oral argument on the motion for class certification will be held on January 11, 2008 at 11:00 a.m.;

7. All fact discovery is to be completed by February 1, 2008;

8. Plaintiffs are to produce all materials required by Fed. R. Civ. P. 26(a)(2) by February 28, 2008;

9. Defendants are to produce all materials required by Fed. R. Civ. P. 26(a)(2) by April 11, 2008;

10. Plaintiffs are to submit any rebuttal expert materials, regarding issues raised in Defendants' expert materials, by May 2, 2008;

11. All expert discovery is to be completed by June 2, 2008;

12. A status conference will be held on June 16, 2008 at 10:00 a.m.

Dated: July 7, 2007
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

Samuel H. Rudman, Esq.
David Avi Rosenfeld, Esq.
Evan Jay Kaufman, Esq.
Mario Alba Jr., Esq.
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747

Jack Gerald Fruchter, Esq.
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 1910
New York, NY 10119
*Counsel for Plaintiffs*

Richard A. Rosen, Esq.
Robyn F. Tarnofsky, Esq.
Daniel Shay Kirschbaum, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3305
Fax: 212-373-2359
Email: rrosen@paulweiss.com
*Counsel for Defendants Warner Chilcott Ltd, Roger Boissonneault and Paul Herendeen.*

Richard Posen, Esq.
Mary Jane Eaton, Esq.
Sameer Advani, Esq.
Willkie Farr & Gallagher LLP (NY)
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
Fax: (212) 728-8111
Email: maosdny@willkie.com
*Counsel for Defendants Goldman, Sachs & Co., Credit Suisse Securities (USA) LLC, J.P. Morgan Securities Inc. and Morgan Stanley & Co. Incorporated*