UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

<div style="float:right">

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/07

</div>

:

IN RE WARNER CHILCOTT LIMITED
SECURITIES LITIGATION

:

06 Civ. 11515 (WHP)

SCHEDULING ORDER NO. 3

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

    Counsel to the Plaintiffs having sought an adjournment of various deadlines in

this Court's Scheduling Order dated July 7, 2007, and counsel to the Defendants having

consented, the following revised schedule is established:

1. Defendants are to serve and file any opposition to the pending motion for class certification by November 19, 2007;

2. Plaintiffs are to serve and file any reply on the motion for class certification by December 21, 2007;

3. Any motion to amend the pleadings or to join additional parties is to be served and filed by January 11, 2008;

4. Oral argument on the motion for class certification will be held on January 25, 2008 at 11:00 a.m.;

5. All fact discovery is to be completed by May 1, 2008;

6. Plaintiffs are to produce all materials required by Fed. R. Civ. P. 26(a)(2) by May 28, 2008;

7. Defendants are to produce all materials required by Fed. R. Civ. P. 26(a)(2) by July 11, 2008;

8. Plaintiffs are to submit any rebuttal expert materials, regarding issues raised in Defendants' expert materials, by August 5, 2008;

9. All expert discovery is to be completed by September 12, 2008;

10. A status conference will be held on June 16, 2008 at 10:00 a.m.

Dated: October 24, 2007
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

Samuel H. Rudman, Esq.
David Avi Rosenfeld, Esq.
Evan Jay Kaufman, Esq.
Mario Alba Jr., Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

Jack Gerald Fruchter, Esq.
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 1910
New York, NY 10119
*Counsel for Plaintiffs*

Richard A. Rosen, Esq.
Robyn F. Tarnofsky, Esq.
Daniel Shay Kirschbaum, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3305
Fax: 212-373-2359
Email: rrosen@paulweiss.com
*Counsel for Defendants Warner Chilcott Ltd, Roger Boissonneault and Paul Herendeen.*

Richard Posen, Esq.
Mary Jane Eaton, Esq.
Sameer Advani, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
Fax: (212) 728-8111
Email: maosdny@willkie.com
*Counsel for Defendants Goldman, Sachs & Co., Credit Suisse Securities (USA) LLC, J.P. Morgan Securities Inc. and Morgan Stanley & Co. Incorporated*