UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
: 06 Civ. 11515 (WHP)
IN RE WARNER CHILCOTT LIMITED
SECURITIES LITIGATION            : SCHEDULING ORDER NO. 4

------------------------------------X

WILLIAM H. PAULEY III, District Judge:

Counsel to the parties having requested an extension in the schedule, the following schedule is established on consent:

1. All fact discovery shall be completed by October 31, 2008;

2. Plaintiffs shall produce all materials required by Fed. R. Civ. P. 26(a)(2) by November 26, 2008;

3. Defendants shall produce all materials required by Fed. R. Civ. P. 26(a)(2) by January 9, 2009;

4. Plaintiffs shall submit any rebuttal expert materials, regarding issues raised in Defendants' expert materials, by February 3, 2009;

5. All expert discovery is to be completed by March 13, 2009; and

6. A status conference will be held on December 19, 2008 at 10:00 a.m.

Dated: February 28, 2008
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

Samuel H. Rudman, Esq.
David Avi Rosenfeld, Esq.
Evan Jay Kaufman, Esq.
Mario Alba Jr., Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

Jack Gerald Fruchter, Esq.
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 1910
New York, NY 10119
*Counsel for Plaintiffs*

Richard A. Rosen, Esq.
Robyn F. Tarnofsky, Esq.
Daniel Shay Kirschbaum, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3305
Fax: 212-373-2359
Email: rrosen@paulweiss.com
*Counsel for Defendants Warner Chilcott Ltd, Roger Boissonneault and Paul Herendeen.*

Richard Posen, Esq.
Mary Jane Eaton, Esq.
Sameer Advani, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
Fax: (212) 728-8111
Email: maosdny@willkie.com
*Counsel for Defendants Goldman, Sachs & Co., Credit Suisse Securities (USA) LLC, J.P. Morgan Securities Inc. and Morgan Stanley & Co. Incorporated*