UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
In re WARNER CHILCOTT LIMITED        :   Civil Action No. 06-CV-11515 (WHP)
SECURITIES LITIGATION                :
                                     :   <u>CLASS ACTION</u>
———————————————————————— :
                                     :   DECLARATION OF JEFFREY KLAFTER
This Document Relates To:            :   FILED ON BEHALF OF KLAFTER OLSEN
                                     :   & LESSER LLP IN SUPPORT OF
    ALL ACTIONS.                     :   APPLICATION FOR AWARD OF
———————————————————————— x   ATTORNEYS' FEES

I, JEFFREY KLAFTER, declare as follows:

1. I am a member of the firm of KLAFTER OLSEN & LESSER LLP. I am submitting this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action.

2. This firm is counsel of record for plaintiff Marc Weinberg.

3. The identification and background of my firm and its partners is attached hereto as Exhibit A.

4. The total number of hours spent on this litigation by my firm is 54.5. The total lodestar amount for attorney time based on the firm's current rates is $29,957.50. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Jeffrey Klafter | (P) | 36 | $660 | $23,760.00 |
| Christina Svalstad | (A) | 18.5 | $335 | $6,197.50 |
| TOTAL: | | 54.5 | | $29,957.50 |

5. My firm incurred no expenses in connection with the prosecution of this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of March, 2009, at Rye Brook, New York.

/s/ Jeffrey Klafter
_____
JEFFREY KLAFTER

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 9, 2009.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@csgrr.com

# Mailing Information for a Case 1:06-cv-11515-WHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@csgrr.com,e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **Jack Gerald Fruchter**
  jfruchter@aftlaw.com

- **Evan Jay Kaufman**
  ekaufman@csgrr.com

- **Daniel Shay Kirschbaum**
  dkirschbaum@paulweiss.com

- **Lawrence Donald Levit**
  llevit@aftlaw.com

- **Fei-Lu Qian**
  flqian@pomlaw.com

- **Richard A. Rosen**
  rrosen@paulweiss.com,sandreev@paulweiss.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

- **Richard A Speirs**
  rspeirs@zsz.com

- **Ellen Anne Gusikoff Stewart**
  elleng@csgrr.com

- **Robyn F. Tarnofsky**
  rtarnofsky@paulweiss.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

*In re Warner Chilcott Limited Securities Litigation*
Civil Action No. 06-CV-11515 (WHP)


Mary Eaton
Sameer Advani
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

Steven F. Marino
Marino & Conroy LLC
301 Wharton Street
Philadelphia, PA  19147