

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re WARNER CHILCOTT LIMITED          :
SECURITIES LITIGATION                  :
————————————————————      :
                                       :
This Document Relates To:              :
                                       :
        ALL ACTIONS.                   :
———————————————————— x

Civil Action No. 06-CV-11515 (WHP)

CLASS ACTION

[PROPOSED] ORDER FOR
DISBURSEMENT OF FUNDS TO PAY
CLAIMS ADMINISTRATOR FROM
COURT REGISTRY INVESTMENT
SYSTEM

WHEREAS, as provided in paragraphs 2.3 and 5.4(b) of the Stipulation of Settlement dated October 8, 2008, the Settlement Fund is authorized to pay up to $150,000.00 for costs of class notice and claims administration prior to final court approval of the Stipulation and entry of the Final Judgment;

WHEREAS, as of September 17, 2009, the Settlement Fund has paid a total of $99,430.49 in notice and claims administration costs;

WHEREAS, the court granted final approval of the settlement on July 14, 2009;

IT IS HEREBY ORDERED THAT:

From the Settlement Fund on deposit with the Court Registry Investment System, the Clerk of the Court shall issue a check payable to A.B. Data, Ltd. in the amount of $4,120.89. The check shall be mailed to Michelle M. La Count, Esq., Senior Account Executive, A.B. Data, Ltd., 600 A.B. Data Drive, Milwaukee, WI 53217.

DATED: September 24, 2009

THE HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

S:\Settlement\Warner Chilcott.set\ORD PAYMENT CLAIMS ADMIN_2 00061687.doc